UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

RICHARD G. LLOYD,                    ) CASE NO. ED CV 08-498-GAF (PJW)
                                     )
              Petitioner,            )
                                     ) ORDER ACCEPTING REPORT AND
         v.                          ) ADOPTING FINDINGS, CONCLUSIONS,
                                     ) AND RECOMMENDATIONS OF UNITED
I.D. CLAY, WARDEN, ET AL.,           ) STATES MAGISTRATE JUDGE
                                     )
              Respondent.            )
_____)

     Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition,
the records on file, and the Report and Recommendation of United
States Magistrate Judge.  No objections to the Report and
Recommendation have been filed.  The Court accepts the Magistrate
Judge's Report and adopts it as its own findings and conclusions.


DATED:    May 8, 2009


                              _____
                              GARY A. FEESS
                              UNITED STATES DISTRICT JUDGE


C:\Temp\notesFFF692\Order accep r&r.wpd