UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICHARD G. LLOYD, | ) | CASE NO. ED CV 08-498-GAF (PJW) |
| Petitioner, | ) | |
| | ) | J U D G M E N T |
| v. | ) | |
| I.D. CLAY, WARDEN, ET AL., | ) | |
| Respondent. | ) | |

    Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: May 8, 2009

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE

C:\Temp\notesFFF692\Judgment.wpd